**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Heather Newcomb and Kenneth Young, Defendants,

Of whom Kenneth Young is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-001303

―――――――――――

Appeal From Lexington County
W. Thomas Sprott, Jr., Family Court Judge

―――――――――――

Unpublished Opinion No. 2018-UP-360
Submitted August 14, 2018 – Filed August 22, 2018

―――――――――――

**AFFIRMED**

―――――――――――

Montford Shuler Caughman, of Caughman Law, LLC, of
Lexington, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Brett Lamb Stevens, of Stevens Law, LLC, of Columbia, for the Guardian ad Litem.

————————

**PER CURIAM:** Kenneth Young appeals from the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Young's counsel.

**AFFIRMED.**[1]

**HUFF, SHORT, and WILLIAMS, JJ., concur.**

————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.